**ALLISON, BASS & MAGEE, L.L.P.**

*Attorneys at Law*

JAMES P. ALLISON
j.allison@allison-bass.com

ROBERT T. BASS
r.bass@allison-bass.com

J. ERIC MAGEE
e.magee@allison-bass.com

A. O. WATSON HOUSE
402 WEST 12TH STREET
AUSTIN, TEXAS 78701
(512) 482-0701
FAX (512) 480-0902

PHILIP B. ARNOLD
p.arnold@allison-bass.com

JOSHUA HUMPHREYS
j.humphreys@allison-bass.com

May 10, 2019

**VIA E-FILING**

David J. Bradley
Clerk of Court
1300 Victoria St., Ste. 1131
Laredo, TX 78040

      Re: *Priscilla Villarreal v. the City of Laredo, Texas et al*; Cause No. 5:19-CV-00048 in the United States District Court for the Southern District of Texas, Laredo Division

Dear Mr. Bradley:

This letter serves as notice that I will be on a scheduled vacation June 17, 2019 through June 25, 2019. In accordance with the Texas Lawyer's Creed, I am requesting that no hearings, trials, deadlines or other items be scheduled in this case during these dates or within three business days before and after these dates.

By copy of this letter, I am serving all counsel of record with this letter and requesting that they also comply with the aforementioned request.

Please let me know if you have any questions or comments. Thank you in advance for your continued courtesies.

Sincerely,

J. Eric Magee

JEM/jm

cc: JT Morris
    jt@jtmorrislaw.com
   Ramzi Khazen
    ramzi@jtmorrislaw.com
   Jose Salvador Tellez II
    joeytellez@tellezlaw.com
   *Attorneys for the Plaintiff*