UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Laredo Division

PRISCILLA VILLARREAL,
Plaintiff

vs.

THE CITY OF LAREDO, TEXAS, et al.

Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§

No. 5:19-cv-48

JURY TRIAL DEMANDED

**JOINT ADVISORY REGARDING NARROWING OF ISSUES FOR MOTIONS TO DISMISS**

Pursuant to the Court's August 8, 2019 scheduling order [Dkt. 41], the parties file this joint advisory regarding issues the parties have identified that narrow the issues on Defendants' pending motion to dismiss [Dkts. 26-27].

1. The parties agree and acknowledge that Plaintiff is not asserting a claim under 42 U.S.C. § 1985.

Dated: September 5, 2019

Respectfully submitted,

/s/ JT Morris
JT Morris
Texas State Bar No. 24094444
jt@jtmorrislaw.com
Ramzi Khazen
Texas State Bar No. 24040855
ramzi@jtmorrislaw.com
JT MORRIS LAW, PLLC
1105 Nueces Street, Suite B
Austin, Texas 78701
Telephone: (512) 717-5275
Fax: (512) 582-2948

Attorneys for Plaintiff Priscilla Villarreal

/s/ William M. McKamie (w/ permission)
William M. McKamie
Texas State Bar No. 13686800
Southern Dist. Id. 13010
mmckamie@toase.com
Alicia K. Kreh
Texas State Bar No. 24097953
Southern Dist. Id. 3327420
akreh@toase.com
TAYLOR, OLSON, ADKINS, SRALLA,
& ELAM, L.L.P
13750 San Pedro Ave., Suite 555
San Antonio, Texas 78232
Telephone: 210-546-2122
Fax: 210-546-2130

Attorneys for City of Laredo, Texas, Claudio
Trevino, Jr., Juan L. Ruiz, Deyanira Villarreal,
Enedina Martinez, Alfredo Guerrero, Laura
Montemayor, and Does 1-2


/s/ J. Eric Magee (with permission)
J. Eric Magee
Texas State Bar No. 24007585
e.magee@allison-bass.com
Philip Arnold
Texas State Bar No. 24044710
p.arnold@allison-bass.com
ALLISON, BASS, & MAGEE, L.L.P
A.O. Watson House
Austin, Texas 78701
Telephone: 512-482-0701
Fax: 512-480-0902

Attorneys for Defendants Webb County, Texas,
Isidro Alaniz, and Marisela Jacaman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 5, 2019, I electronically filed the foregoing with the Court using CM/ECF, and served on the same day all counsel of record via the CM/ECF notification system.

<u>/s/ JT Morris</u>
JT Morris