United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **PRICILLA VILLARREAL,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| V. § | | CIVIL ACTION NO. 5:19-CV-48 |
| § | | |
| **THE CITY OF LAREDO, TEXAS,** *et al.,* § | | |
| § | | |
| Defendants. § | | |

# FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order, issued on May 8, 2020 (Dkt. No. 51), Defendants' Motions to Dismiss (Dkt. Nos. 25, 26) are **GRANTED**. Because the Memorandum and Order disposes of all claims asserted by Plaintiff against all Defendants, this case is **DISMISSED** with **PREJUDICE**.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

**SIGNED** on May 8, 2020.

_____
John A. Kazen
United States Magistrate Judge