# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# Laredo Division

| | |
|---|---|
| PRISCILLA VILLARREAL,<br>　　　　Plaintiff<br><br>vs.<br><br>THE CITY OF LAREDO, TEXAS, et al.<br>　　　　Defendants. | Civil Action No. 5:19-cv-48 |

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Priscilla Villarreal appeals to the United States Court of Appeals for the Fifth Circuit from the May 8, 2020 final judgment of this Court granting Defendants' motions to dismiss and dismissing the action with prejudice against all Defendants [Dkt. 52]. In appealing from the final judgment, Plaintiff also appeals from all orders ancillary to the final judgment, including the Court's May 8, 2020 memorandum and order granting Defendants' motions to dismiss [Dkt. 51].

Dated: May 21, 2020

Respectfully submitted,

/s/ JT Morris

JT Morris
Texas State Bar No. 24094444
jt@jtmorrislaw.com
Ramzi Khazen
Texas State Bar No. 24040855
ramzi@jtmorrislaw.com
JT Morris Law, PLLC
1105 Nueces Street, Suite B
Austin, Texas 78701
Telephone: (512) 717-5275
Fax: (512) 582-2948

**ATTORNEYS FOR PLAINTIFF
PRISCILLA VILLARREAL**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2020, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris

JT Morris
