**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court <u>Southern District of Texas</u>                    District Court Docket No. <u>Civil Action No. 5:19 CV 48</u>

Short Case Title <u>Villarreal v. City of Laredo, et al</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Ornelas Reporting Services (ERO Transcription)</u>

Date Notice of Appeal Filed in the District Court <u>05/21/2020</u>                    Court of Appeals No. <u>20-40359 (5th Circuit)</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 09/09/2019 | Hearing on Defendants' Motions to Dismiss | Magistrate Judge John A. Kazen |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■Private Funds;   ☐Criminal Justice Act Funds **(Enter Authorization-24 via eVoucher)**;
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds

☐Other_____

Signature <u>/s/ JT Morris</u>                    Date Transcript Ordered <u>6/2/2020</u>

Print Name <u>JT Morris</u>                    Phone <u>512-717-5275</u>

Counsel for <u>Plaintiff/Appellant Priscilla Villarreal</u>

Address <u>1105 Nueces Street, Austin, Texas 78701</u>

Email of Attorney: <u>jt@jtmorrislaw.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 6/4/20 | 6/4/20 | 7/4/20 | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date <u>6/4/20</u> _____ Signature of Reporter _<u>Delia M Gonzalez</u>_ Tel. <u>(956)790-1377</u>

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____        Actual Number of Volumes_____

Date _____ Signature of Reporter _____